# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
   Clerk of the Court                                                                                                     (415) 522-2000

July 18, 2007

TO:   Mr. Michael Dun
       PO Box 1468
       Laytonville, CA 95454

       Re:   **MICHAEL DUNN v. JAMES NOE**
                 C-07-03559 (JCS)

Dear Counsel:

     This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

     A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **August 1, 2007.**

                                         Sincerely,

                                         Richard W. Wieking, Clerk
                                         United States District Court

                                    By: _____
                                         Karen L. Hom
                                         Courtroom Deputy

Enclosure: Forms