United States District Court
For the Northern District of California

1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8
9  MICHAEL DUNN,                                    No. C 07-03559 JCS
10          Plaintiff(s),                           **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
11      v.
12 JAMES NOE, ET AL.,
13          Defendant(s).
   _____/
14
15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17 hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in
18 the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken
19 directly to the United States Court of Appeals for the Ninth Circuit.
20
21 Dated: _____          _____
                                           Signature
22
                                           Counsel for _____
23                                         (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>            Plaintiff(s),<br><br>     v.<br><br>JAMES NOE, ET AL.,<br><br>            Defendant(s).<br>_____/ | No. C 07-03559 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____    Signature_____

                                                           Counsel for _____
                                                           (Plaintiff, Defendant, or indicate "pro se")