UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DUNN,

        Plaintiff,

  v.

JAMES NOB, ET AL.,

        Defendants.

No. C-07-3559 JCS

**ORDER FOR ADDITIONAL INFORMATION RE APPLICATION TO PROCEED IN FORMA PAUPERIS [Docket No. 3]**

Plaintiff initiated this action on July 10, 2007 and filed an Application to Proceed In Forma Pauperis at that time. Plaintiff has consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c). In order to proceed with his Application, Plaintiff shall provide the Court within twenty-one (21) days the following documents from the state court action listed in Plaintiff's application in response to Question 10 (listed as "State 89762 Civil Case in Ukiah State Superior Court"):

1)     A copy of the complaint filed in the state court action;

2)     A copy of the court's decision, if any, following the June 2007 trial referenced in Plaintiff's complaint; and

3)     A copy of the judgment, if any, in that case.

IT IS SO ORDERED.

DATED: August 1, 2007

                                              JOSEPH C. SPERO
                                              United States Magistrate Judge