1 | JEANINE B. NADEL, County Counsel   SBN 106996
2 | FRANK ZOTTER JR., Chief Deputy   SBN 108721
   | County of Mendocino - Administration Center
3 | 501 Low Gap Rd., Room 1030
   | Ukiah, CA  95482
4 |
5 | Tel.: (707) 463-4446
   | Fax: (707) 463-4592
6 |
   | Attorneys for Defendants
7 |
8 |                  UNITED STATES DISTRICT COURT
9 |                  NORTHERN DISTRICT OF CALIFORNIA
10|
11| MICHAEL DUNN,                    ) No. C 07-3559 JCS
                                     )
12|       Plaintiff,                 ) Notice of Motion and Motion to Dismiss
                                     ) First Amended Complaint Pursuant to
13|    v.                            ) Federal Rules of Civil Procedure, Rule
                                     ) 12(b)(6)
14| JAMES NOE, WILLIAM C. RUTLER,    )
   | ANTHONY CRAVER, KEVIN BROIN,    )
15| TOM ALLMAN, GREG SAGER,          ) DATE:   October 26, 2007
                                     ) TIME:   9:30 a.m.
16|                                  ) CTRM:   Courtroom A, 15th Floor
   |       Defendants.               )
17|                                  )
                                     )
18|_____

19| **TO**:   Plaintiff Michael Dunn, attorney in *pro se*:

20|     **PLEASE TAKE NOTICE** that on **October 26, 2007, at 9:30 a.m**. in Courtroom A, on the

21| 15th floor of the above entitled court located at 450 Golden Gate Avenue, San Francisco, California,

22| before the Honorable Joseph C. Spero, Magistrate Judge, defendants James Noe, William C. Rutler,

23| Anthony Craver, Kevin Broin, Tom Allman, and Greg Sager will and hereby do move for dismissal

24| of plaintiff's First Amended Complaint for Damages pursuant to Federal Rules of Civil Procedure,

25| Rule 12(b)(6) on the grounds of (1) claim preclusion, in that plaintiff previously sued defendant Noe

26| in this court in 2003 under § 1983 for the loss of the same property as involved in this case, which

27| case was dismissed and affirmed on appeal; and in that plaintiff recently was involved in a trial in

28| state court involving the loss of this same property, which resulted in a judgment granting equitable

relief directing return of property to plaintiff, and otherwise denying relief to plaintiff; (2) the statute of limitations, in that the basis for the dismissal of the 2002 action by plaintiff against defendant Noe was dismissed on that ground; and on the ground (3) that this is a proper case for *Colorado River* abstention, in that there is another action pending in Mendocino County Superior Court, case no. SCUK CVPT 03-89762, regarding the same factual transaction as the present complaint (even though some of the defendants herein are not named as defendants therein), such that plaintiff has therefore filed repetitive litigation in two fora to vex defendants.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support thereof, the Request for Judicial Notice, all the pleadings, papers and records on file herein, and on such further matters as may be presented a the hearing on this motion.

JEANINE B. NADEL
County Counsel

DATED:  September     , 2007          By _____/s/_____

Frank Zotter Jr., Chief Deputy
Attorneys for Defendants