JEANINE B. NADEL, County Counsel   SBN 106996
FRANK ZOTTER JR., Chief Deputy  SBN 108721
County of Mendocino - Administration Center
501 Low Gap Rd., Room 1030
Ukiah, CA  95482

Tel.: (707) 463-4446
Fax: (707) 463-4592

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES NOE, WILLIAM C. RUTLER, ANTHONY CRAVER, KEVIN BROIN, TOM ALLMAN, GREG SAGER,<br><br>    Defendants. | No. C 07-3559 JCS<br><br>Request for Judicial Notice in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)<br><br>[Fed. Rules of Evid., Rule 201]<br><br>DATE:    October 26, 2007<br>TIME:    9:30 a.m.<br>CTRM:    Courtroom A, 15th Floor |

Pursuant to Federal Rules of Evidence, Rule 201, defendants request that this Court take judicial notice of the following documents, true and correct copies of which are attached hereto:

Exhibit A.    **Decision of the Ninth Circuit Court of Appeals in *United States of America* v. *Michael Dunn*, 120 F.3d 269, Case No. 95-10095 (9th Cir. 1997)**.

Exhibit B.    **Court Order dated January 12, 2000 in Case No. 93-8097** (granting authorization to destroy various items of property).

Exhibit C.    **District Court Civil Docket in *Michael Dunn* v. *James Noe*, Case No. CV-02-00043**.

Exhibit D.    **Decision of the Ninth Circuit Court of Appeals in *Michael Dunn* v. *James Noe*, 59 Fed.Appx. 944, 2003 WL 1506488 (9th Cir. 2003)**.

1     Exhibit E.    **"Petition" filed by Michael Dunn March 12, 2003, initiating** *Dunn* **v.**
*County of Mendocino***, Mendocino County Superior Court No. 03-89762.**

    Exhibit F.    **Decision of the First District Court of Appeal in** *Dunn* **v.** *County of Mendocino***, No. A105280, filed December 23, 2004.**

    Exhibit G.    **Decision of the First District Court of Appeal in** *Dunn* **v.** *County of Mendocino***, No. A111098, filed May 11, 2006.**

    Exhibit H.    **Tentative ruling in** *Dunn* **v.** *County of Mendocino*ABC**, filed July 9, 2007.**

    Exhibit I.    **Judgment in** *Dunn* **v.** *County of Mendocino*ABC**, filed August 22, 2007.**

Respectfully submitted,

JEANINE B. NADEL
County Counsel

DATED:  September _____, 2007    By         /s/    
    Frank Zotter Jr., Chief Deputy
    Attorneys for Defendants

Request for Judicial Notice in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)