FILED

JAN 12 2000

CLERK OF MENDOCINO COUNTY
SUPERIOR COURT OF CALIFORNIA


CONSOLIDATED COURT COUNTY OF MENDOCINO

IN THE MATTER OF THE DESTRUCTION OR )
DISPOSITION OF EVIDENCE/PROPERTY     )
HELD BY THE MENDOCINO COUNTY SHERIFF )   CASE # 93-0897

I William C. Rutler declare:

That I am currently employed by the Mendocino County Sheriff and responsible for the disposition and/or destruction of contraband and weapons seized by this this agency.

That the case enumerated on the attached exhibits has either been adjudicated by a court, with no notice of appeal being received and/or no charges were filed with the court by the district attorney, and therefore no future court activity is anticipated;

That the attached listed weapons, personal property and contraband, having been held for the period described by law, are no longer of evidentiary value or needed in any court proceedings.

That the attached listed personal property is further described as follows:

(X) 1. Firearms/ammunition/weapons declared to be a nuisance pursuant to the provisions of penal code section 12028,12029,12030,12032.

(X) 2. Contraband, instruments, or paraphernalia to be destroyed pursuant to Health and Safety code sections 11473,11473.5 11474. Uncontaminated science equipment may be relinquished to a school

EXHIBIT B

or school district for science classroom education, in lieu of destruction.

( ) 3. Personal property including firearms, seized as part of an investigation, whose owners has been notified pursuant to section 8.24.040 of the Mendocino County Code that the property could be claimed, and that such property has not been claimed.

( ) 4. Property was reported stolen by _____.
This property is no longer required as evidence and may be returned to the above listed agency.

Wherefore, declarant prays for an order pursuant to the above enumerated provisions of the penal code, health and safety code and Mendocino County Code to destroy/dispose of the attached enumerated Firearms, personal property and contraband that are now in the possession of the Mendocino County Sheriff.

ORDER

GOOD CAUSE APPEARING THEREFORE, It is hereby ordered that the Mendocino County Sheriff is hereby authorized in occordance with sections 12028, 12029, 12030 and 12032 of the California Penal Code; Sections 11473, 11473.5, and 11474 of the California Health and Safety Code; and section 8.24.060 of the Mendocino County Code to destroy/dispose of firearms, contraband and personal property now in their possession which have been found, abandoned and booked for identification or seized for evidence in connection with any arrest or arrests within the county for violation of the state narcotics act, and /or by the court turned over to the Mendocino County Sheriff, or received by said agency in any other manner where such firearms have been

held for the time prescribed by law, and shown on the inventory attached hereto.

Dated 1-12-00          _____
                       Judge of the Consolidated Court

Dated 1-11-00          BY Greg Sager _____
                       District Attorney Norman Vroman

Dated 1-12-00          _____ 2223
                       Evidence Custodian