CLOSED, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:02-cv-00043

Dunn v. Noe et al                                    Date Filed: 01/03/2002
Assigned to: Hon. Martin J. Jenkins                  Date Terminated: 02/15/2002
Demand: $0                                           Jury Demand: None
Cause: 42:1983 Prisoner Civil Rights                 Nature of Suit: 550 Prisoner: Civil Rights
                                                     Jurisdiction: Federal Question

**Plaintiff**

**Michael Dunn**                         represented by  **Michael Dunn**
                                                         P.O. Box 1468
                                                         Laytonville, CA 95454
                                                         PRO SE

V.

**Defendant**

**James Noe**

**Defendant**

**Edwin Lowry**

**Defendant**

**Donald R. Plain**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2002 | 1 | COMPLAINT *(no process)* against Edwin Lowry, James Noe, Donald R. Plain (Filing fee $150.00 receipt number 3330245). Filed by pro se Michael Dunn. (slh, ) (Entered: 01/07/2002) |
| 02/15/2002 | 2 | ORDER OF DISMISSAL by Judge Martin J. Jenkins dismissing case. (slh) (Entered: 02/20/2002) |
| 02/15/2002 | 3 | JUDGMENT that this action is dismissed. (slh) (Entered: 02/20/2002) |
| 02/27/2002 | 4 | MOTION for Reconsideration filed by pro se Michael Dunn. (slh, ) (Entered: 02/28/2002) |
| 08/19/2002 | 5 | ORDER by Judge Martin J. Jenkins DENYING plaintiff's Motion for Reconsideration [4]. (slh) (Entered: 08/23/2002) |
| 09/18/2002 | 6 | NOTICE OF APPEAL re [5] by pro se Michael Dunn. ( Filing fee $not pd ) (slh, ) (Entered: 09/19/2002) |
| 09/18/2002 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re appeal [6] (slh) (Entered: 09/19/2002) |
| 09/18/2002 | | Certificate of Record Mailed to USCA re appeal [6]: (slh, ) (Entered: 09/19/2002) |

EXHIBIT C

https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?342876186267486-L...

| 09/18/2002 | | Appeal Remark re appeal [6]: *Mailed request for payment of docket fee to appellant (cc: to USCA)* (slh, ) (Entered: 09/19/2002) |
|---|---|---|
| 09/27/2002 | | USCA Case Number re appeal [6]. USCA Case #02-16849 (slh, ) (Entered: 10/08/2002) |
| 10/11/2002 | | Filing fee: $105.00, receipt number 3340256. (slh, ) (Entered: 10/17/2002) |
| 11/19/2002 | | Appeal Remark re appeal [6]: *amended docket fee payment notification mailed to USCA* (slh, ) (Entered: 11/19/2002) |
| 01/27/2003 | | Certified and transmitted Record on Appeal to US Court of Appeals re appeal [6] (slh, ) (Entered: 01/27/2003) |
| 02/03/2003 | 7 | Appeal Remark re appeal [6]: *Receipt from USCA of Clerk's record on appeal* (slh, ) (Entered: 02/06/2003) |
| 06/05/2003 | 8 | ORDER of USCA re appeal [6] *affirming the district court judgment* (gba, ) (Entered: 06/12/2003) |
| 06/05/2003 | 9 | MANDATE of USCA re appeal [8] *distributed by clerk* (gba, ) (Entered: 06/12/2003) |
| 10/24/2003 | 10 | Appeal Record Returned re appeal [6] (mmt, COURT STAFF) (Entered: 10/27/2003) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/14/2007 11:12:19 | | |
| **PACER Login:** | mc4717 | **Client Code:** | Dunn |
| **Description:** | Docket Report | **Search Criteria:** | 3:02-cv-00043 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |