1  JEANINE B. NADEL, County Counsel SBN 106996
   County of Mendocino - Administration Center
2  501 Low Gap Rd., Rm. 1030
   Ukiah, CA 95482
3
   Telephone:  (707) 463-4446
4  Facsimile:   (707) 463-4592

5  Attorney for Defendant
   Mendocino County
6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN, | ) |
| Plaintiff, | ) No. C 07-3559 JCS |
| vs. | ) |
| | ) **PROOF OF SERVICE BY MAIL** |
| JAMES NOE, WILLIAM C. RUTLER, ANTHONY CRAVER, KEVIN BROIN, TOM ALLMAN, GREG SAGER. | ) |
| Defendants. | ) |

I am a citizen of the United States and a resident of Mendocino County, California.  I am over the age of eighteen years and not a party to the within cause.  My business address is Mendocino County Counsel Office, Administration Center, 501 Low Gap Road, Room 1030, Ukiah, California.

On September 18, 2007, I served the following:

- **Notice of Motion and Motion to Dismiss First Amended Complaint Pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6)**
- **Memorandum of Points and Authorities in Support of Motion to Dismiss First Amended Complaint Pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6)**
- **Request for Judicial Notice in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)**
- **[Proposed] Order Granting Motion to Dismiss Pursuant to Federal Rule 12(b)(6)**

_____-1-_____
PROOF OF SERVICE BY MAIL

on the interested parties in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at Ukiah, California addressed to:

>     Michael Dunn
>     P.O. Box 1468
>     Laytonville, CA  95454

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this document was executed on the 24th day of September 2007, at Ukiah, California.

                                                    /s/
                                       Randi M. Andrade

-2-
PROOF OF SERVICE BY MAIL