JEANINE B. NADEL, County Counsel   SBN 106996
FRANK ZOTTER JR., Chief Deputy  SBN 108721
County of Mendocino - Administration Center
501 Low Gap Rd., Room 1030
Ukiah, CA  95482

Tel.: (707) 463-4446
Fax: (707) 463-4592

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES NOE, WILLIAM C. RUTLER, ANTHONY CRAVER, KEVIN BROIN, TOM ALLMAN, GREG SAGER,<br><br>    Defendants. | No. C 07-3559 JCS<br><br>Joint Stipulation Re ADR Process |

The parties report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties do not agree to participate in the ADR process.

                                             /s/
                              MICHAEL DUNN, Plaintiff
                              Pro Se

                              JEANINE B. NADEL
                              County Counsel

DATED: September 27, 2007        By    /s/
                                            Frank Zotter Jr., Chief Deputy
                                            Attorneys for Defendants