MICHAEL DUNN
P.O. BOX 1468
LAYTONVILLE, CA
95454

**FILED**
SEP 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
SEP 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN FED DIST COURT FOR NORTHERN CALIF

MICHAEL DUNN — IN PRO PER
    Plaintiff
  VS
JAMES NOE, et al
    Defendant

CASE NO. C07-03559 JCS

REQUEST FOR PHONE CONFER-
ENCE FOR CASE MANAGEMENT
CONFERENCE.

AS PLAINTIFF LIVES ABOUT 150 MI FROM S.F.
COURT PLAINTIFF REQUESTS CASE MANAGEMENT CONF-
ERENCE NOW SCHEDULED FOR 10/19/07 BE HELD BY
TELEPHONE.

PLAINTIFF'S CELL PHONE IS 707 234 0862

X   COPY TO ZOTTER
    COUNTY COUNSEL

Michael Dunn
9/20/07