UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>        Plaintiff(s),<br><br>  v.<br><br>JAMES NOE, ET AL.,<br><br>        Defendant(s). | Case No. C07-03559 JCS<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY ON OCTOBER 19, 2007 [Docket No. 19] AND RESETTING THE INITIAL CASE MANAGEMENT CONFERENCE** |

On September 21, 2007, Plaintiff filed a Motion to Appear Telephonically for the Case Management Conference currently set for October 19, 2007, at 1:30 p.m. (The "Motion").

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion is DENIED.

2. The initial case management conference, currently set for October 19, 2007, at 1:30 p.m., has been reset for **October 26, 2007, at 9:30 a.m,** to be held after oral argument on Defendants' Motion to Dismiss. Plaintiff must appear, **in person,** for this hearing.

3. The joint case management conference statement shall be due by **October 19, 2007.**

IT IS SO ORDERED.

Dated: October 1, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge