1  JEANINE B. NADEL, County Counsel SBN 106996
   FRANK ZOTTER, Jr., Chief Deputy SBN 108721
2  County of Mendocino - Administration Center
   501 Low Gap Rd., Rm. 1030
3  Ukiah, CA 95482

4  Telephone:  (707) 463-4446
   Facsimile:   (707) 463-4592
5
   Attorneys for Defendants
6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10 MICHAEL DUNN,                              )
                                              )
11     Plaintiff,                             )   No. C 07-3559 JCS
                                              )
12     vs.                                    )
                                              )   **PROOF OF SERVICE BY MAIL**
13 JAMES NOE, WILLIAM C. RUTLER,              )
   ANTHONY CRAVER, KEVIN BROIN,               )
14 TOM ALLMAN, GREG SAGER.                    )
                                              )
15                                            )
       Defendants.                            )
16 _____

17 I am a citizen of the United States and a resident of Mendocino County, California.  I

18 am over the age of eighteen years and not a party to the within cause.  My business

19 address is Mendocino County Counsel Office, Administration Center, 501 Low Gap

20 Road, Room 1030, Ukiah, California.

21 On October 19, 2007, I served the **DEFENDANTS' CASE MANAGEMENT**

22 **STATEMENT AND [PROPOSED] ORDER** on the interested parties in said cause by

23 placing a true copy thereof enclosed in a sealed envelope with postage thereon fully

24 prepaid in the United States Post Office mail box at Ukiah, California addressed to:

25       Michael Dunn
         P.O. Box 1468
26       Laytonville, CA  95454

27 I declare that I am employed in the office of a member of the bar of this court at whose

28 direction the service was made.

_____-1-_____
PROOF OF SERVICE BY MAIL

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  document was executed on the 19th day of October 2007, at Ukiah, California.

_____/s/_____
Randi M. Andrade

-2-
PROOF OF SERVICE BY MAIL