# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-03559 JCS**

**CASE NAME:  MICHAEL DUNN v. JAMES NOE**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: October 26, 2007    **TIME**: 10 mins | **COURT REPORTER**: Starr Wilson |
| **COUNSEL FOR PLAINTIFF:** Michael Dunn, pro se | **COUNSEL FOR DEFENDANT:** Frank Edward Zotter, Jr. |

| PROCEEDINGS: | RULING: |
|---|---|
| 1.  Dfts' Motion to Dismiss [Docket No. 13] | Submitted |
| 2.  Initial Case Management Conference | Not held. |

**ORDERED AFTER HEARING:**

**Dfts' shall comply with the Federal Rules of Civil Procedure regarding Discovery.**

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant       (X) Court

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**      at 9:30 a.m. | | **Pretrial Conference:**      at 1:30 p.m. |
| **Trial Date:**       at 8:30 a.m.  ()Jury   ()Court   Set for   days | | |

cc:   Chambers; Karen
* (T) = Telephonic Appearance