UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MICHAEL DUNN,

               Plaintiff,

  v.

JAMES NOE et al,

               Defendant.

_____/

Case Number: CV07-03559 JCS

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Michael Dunn
P.O. Box 1468
Laytonville, CA 95454

Dated: November 7, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk