UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DUNN,                                                   No. C-07-3559 JCS

       Plaintiff,                                               **ORDER FOR ADDITIONAL BRIEFING**

   v.

JAMES NOE, ET AL.,

       Defendants.
_____/

On January 8, 2009, Plaintiff Michael Dunn filed a motion asking that the Court lift the stay that was previously entered in this action. Defendant shall file an Opposition (or a statement of non-Opposition) no later than February 13, 2009. Plaintiff may file a Reply no later than February 20, 2009. Upon completion of briefing, the Court will notify the parties if it determines that a hearing on the motion is necessary.

IT IS SO ORDERED.

Dated: January 21, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge